Cohen Seglias Pallas Greenhall & Furman, PC
Steven M. Williams, PA I.D. #62051
swilliams@cohenseglias.com
240 North Third Street, 7th Floor
Harrisburg, PA 17101
(717) 234-5530

Shawe Rosenthal LLP
Teresa D. Teare (*Admitted Pro Hac Vice 6/23/17*)
teare@shawe.com
Parker E. Thoeni (*Admitted Pro Hac Vice 6/23/17*)
thoeni@shawe.com
One South Street, Suite 1800
Baltimore, MD 21202
(410) 752-1040

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACINDA PEREIRA,** | |
| **Plaintiff** | |
| v. | CASE NO.  1:17-cv-00776-YK |
| | Hon. Yvette Kane |
| **A&S SERVICES GROUP, LLC,  t/a A&S KINARD,** | |
| | ELECTRONICALLY FILED |
| **Defendant** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that Plaintiff dismisses her Complaint with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Samuel A. Dion* | /s/ *Steven M. Williams* |
| Samuel A. Dion | Steven M. Williams, PA I.D. #62051 |
| Dion & Goldberger | COHEN SEGLIAS PALLAS |
| 1845 Walnut Street, Suite 1199 |     GREENHALL & FURMAN, PC |
| Philadelphia, PA 19103 | 240 North Third Street, 7th Floor |
| samueldion@aol.com | Harrisburg, PA 17101 |
| (215) 546-6033 | swilliams@cohenseglias.com |
| *Attorneys for Plaintiff* | (717) 234-5530 |
| | *Attorney for Defendant* |
| /s/ *Richard B. Bateman, Jr.* | /s/ *Parker E. Thoeni* |
| Richard B. Bateman, Jr. | Teresa D. Teare |
| 21 West Second Street, Suite 300 | (*Admitted Pro Hac Vice 6/23/2017*) |
| Media, PA 19063 | Parker E. Thoeni |
| batemanlaw@aol.com | (*Admitted Pro Hac Vice 6/23/2017*) |
| (610) 566-3322 | SHAWE & ROSENTHAL LLP |
| *Attorney for Plaintiff* | One South Street, Suite 1800 |
| | Baltimore, MD 21202 |
| | (410) 752-1040 |
| | teare@shawe.com |
| | thoeni@shawe.com |
| | *Co-Counsel for Defendant* |

December 28, 2017

SO ORDERED, this _____ day of _____, 20__.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2017, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and that the below counsel is a registered CM/ECF user and will be served via this Court's CM/ECF system:

>Samuel A. Dion, Esquire
>Dion & Goldberger
>1845 Walnut Street
>Suite 1199
>Philadelphia, PA 19103
>samueldion@aol.com
>*Attorneys for Plaintiff*
>
>Richard B. Bateman, Jr., Esquire
>21 West Second Street
>Suite 300
>Media, PA 19063
>batemanlaw@aol.com
>*Attorney for Plaintiff*

>/s/ *Parker E. Thoeni*
>Parker E. Thoeni

#601421